268

Sam Seidman, Appellant, v. Fred C. Bachtel, Appellee.
Gen. No. 41,034.

opinion filed June 24, 1940.  Herman L. Aaron, for appellant;  R. C. Weichbrodt, for appellee.  Opinion by PRESIDING JUSTICE MATCHETT.  ''Not to be published in full.''

Arthur Wick, Trustee in Bankruptcy of Estate of Karl F. Goy, Appellant, v. Elizabeth O. Weiler, Appellee.
Gen. No. 41,048.

opinion filed June 24, 1940.  John A. Niemeyer and George B. Cohen, for appellant; P. P. Flick, for appellee.  Opinion by PRESIDING JUSTICE MATCHETT.  ''Not to be published in full.''